UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-CR-200 (JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GARRICK RICHARDSON, | : | VIOLATIONS: |
| ADRIAN VINSON, and | : | 18 U.S.C. § 922(g)(1) |
| DIRK EASTON | : | (Unlawful Possession of a Firearm and |
| Defendants. | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 22 D.C.C. § 401, 4502 (Assault with Intent |
| | : | to Kill While Armed) |
| | : | 22 D.C.C. § 402 (Assault with a |
| | : | Dangerous Weapon) |
| | : | 22 D.C.C. § 4504(b) (Possession of a |
| | : | Firearm During Crime Of Violence) |
| | : | 22 D.C.C. § 4503(a)(1), (b)(1) (Unlawful |
| | : | Possession of a Firearm) |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 13, 2023, within the District of Columbia, **GARRICK RICHARDSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2022 CF2 001516 and 2018 CF2 001308, did unlawfully and knowingly receive and possess a firearm, that is, a Glock Model 35, 40 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 13, 2023, within the District of Columbia, **ADRIAN VINSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2019 CF1 014712, did unlawfully and knowingly receive and possess a firearm, that is, a Glock Model 21, 45 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about May 13, 2023, within the District of Columbia, **DIRK EASTON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2015 CF3 009722, did unlawfully and knowingly receive and possess ammunition, that is, 45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT 4

On or about May 13, 2023, within the District of Columbia, **DIRK EASTON**, while

armed with a firearm, assaulted **JOHN DOE** with intent to kill him.

(**Assault With Intent To Kill While Armed**, in violation of 22 D.C. Code, Sections 401, 4502 (2001 ed.))

## COUNT 5

On or about May 13, 2023, within the District of Columbia, **DIRK EASTON** did possess a firearm, that is, a handgun, while committing the crime of Assault with Intent to Kill While Armed as set forth in the fourth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT 6

On or about May 13, 2023, within the District of Columbia, **DIRK EASTON,** assaulted John Doe with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code, Section 402 (2001 ed.))

## COUNT 7

On or about May 13, 2023, within the District of Columbia, **DIRK EASTON** did possess a firearm, that is, a handgun, while committing the crime of Assault with a Dangerous Weapon as set forth in the sixth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT 8

On or about May 13, 2023, within the District of Columbia, **DIRK EASTON**, previously having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm.

(**Unlawful Possession of a Firearm**, in violation of 22 D.C. Code, Section 4503 (a)(1),(b)(1) (2001 ed.))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock Model 35, 40 caliber pistol, 40 caliber ammunition, a Glock Model 21 45 caliber pistol, a Polymer 80 P45 pistol with a Glock 21 slide, and 45 caliber ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


*Matthew M. Graves/mss*

Attorney of the United States in
and for the District of Columbia.

5